1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile: (510) 272-0711

5  Attorney for Defendant
   LORANZA V. POWELL



RECEIVED
08 JUL 29 PM 3:36
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| UNITED STATES OF AMERICA, | CR. **88-0749-MHP** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO TERMINATE SUPERVISED RELEASE** |
| LORANZA V. POWELL, | |
| Defendant. | |

Loranza V. Powell, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Susan Jerich, hereby stipulate and agree that supervised release for Mr. Powell shall terminate. Mr. Powell is 74 years old and has been on supervised release since July 2005. There have been no violations of the terms and conditions of his probation.

///
///
///
///
///

1 | Although U.S. Probation Officer Wayne Mirikitani takes no position on whether
2 | supervised release should be terminated, Mr. Powell is on the low intensity level of
3 | supervision.

5 | July 29, 2008

Randy Sue Pollock
Counsel for Defendant
Loranza V. Powell

July 25, 2008

Susan Jerich
Assistant U.S. Attorney

SO ORDERED:
Date: 8/1/08

Marilyn H. Patel
U.S. District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

LORANZA V. POWELL,

        Defendant.
                         /

Case Number: CR88-00749 SC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy Sue Pollock
2831 Telegraph Avenue
Oakland, CA. 94609

Susan Jerich
AUSA
450 Golden Gate Avenue
San Francisco, CA. 94102

Dated: August 5, 2008

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk